Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of SAM SCHOOR, Deceased, Employee, v. COLONIAL PAINTING COMPANY, Employer, and THE ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Determination reversed. All concurred, except Cochrane and H. T. Kellogg, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN MINARDI, by the ROYAL ITALIAN CONSUL, Respondent, for Compensation for the Death of ADOLFO MINARDI, Deceased, under the Workmen's Compensation Law, v. ACHESON GRAPHITE COMPANY, Employer, and UTICA MUTUAL COMPENSATION INSURANCE CORPORATION, Insurance Carrier, Appellants.— Award reversed upon the ground that there is no evidence of dependency or that the deceased contributed to the support of the father in whole or in part during the year prior to the accident. The matter is remitted to the Commission for its further consideration. All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES COMBES, During His Lifetime, and of MARIA E. COMBES, His Widow, Respondents, for His Death, under the Workmen's Compensation Law, v. HENRY GEIBEL, Employer, and BAKERS MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Woodward, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM E. PHONVILLE, Respondent, for Compensation under the Workmen's Compensation Law, v. NEW YORK AND CUBA MAIL STEAMSHIP COMPANY (also called herein " The Ward Line S. S. Company "), Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— For the loss of seventy-five per cent of the use of the hand the Commission has allowed twenty dollars per week for 183 weeks. The award should have been for fifteen dollars a week for 244 weeks. It cannot be said that the findings are without evidence. The award is modified accordingly, and as modified unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION. In the Matter of the Claim of RUDOLPH LANGUSCH, Appellant, for Compensation under the Workmen's Compensation Law, v. ALBANY WOOD AND COAL COMPANY, Employer; STATE INSURANCE FUND, Carrier, and the STATE INDUSTRIAL COMMISSION, Respondents.— Award affirmed. All concurred, except Woodward, J., dissenting.